Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

Leon Greenberg, NSB 8094
Leon Greenberg Professional Corporation
633 South 4th Street - Suite 9
Las Vegas, Nevada 89101
(702)383-6085
Fax: (702)385-1827

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE WILLIAMS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TRENDWEST RESORTS, INC.,<br><br>Defendants. | Docket #: CV-S-05-0605-RCJ-LRL |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LAWRENCE R. LEAVITT OF SEPTEMBER 29, 2006 AND DENYING OBJECTIONS TO AND ORDERING ENFORCEMENT OF THE SAME

This Court having been presented with the Report and Recommendation of Magistrate Judge Lawerence R. Leavitt of September 29, 2006 (Docket # 71) which recommended partially granting the plaintiffs' motion to circulate a notice of pendency under the Fair Labor Standards Act, 29 U.S.C. § 216(b) and for other relief (Docket #24), and the defendant having filed a timely objection to certain provisions of such Report and Recommendation (Docket # 74), and the plaintiffs having filed a timely objection to certain provisions of such Report and

Recommendation (Docket # 72), and the plaintiffs having filed a motion to enforce certain provisions of such Report and Recommendation (Docket. #75), and the plaintiffs having filed a motion (Docket #87) to strike the defendant's opposition (Docket #83) to the plaintiffs' motion to enforce certain provisions of such Report and Recommendation, and the defendant having filed an objection to certain evidence filed by plaintiffs (Docket #94); and all of the foregoing matters having come before the Court for hearing on November 20, 2006, and counsel for all parties appearing on such date and presenting arguments to the Court, and after due deliberation by the Court and pursuant to the Court's decision delivered from the bench at such hearing it is hereby:

ORDERED, that plaintiffs' motion (Docket #87) to strike is denied, and

IT IS FURTHER ORDERED the Report and Recommendation of Magistrate Judge Lawerence R. Leavitt of September 29, 2006 (Docket # 71) is adopted without modification as an Order of this Court and all objections of all parties to the same are denied; and

IT IS FURTHER ORDERED that the plaintiffs' motion (Docket #75) to enforce the Report and Recommendation of Magistrate Judge Lawerence R. Leavitt of September 29, 2006 (Docket # 71) is hereby granted, and defendant's objections to evidence in relation to that motion (Docket #94) are overruled, and that the defendant shall fully comply with all of the provisions of the Report and Recommendation by providing to the plaintiffs' counsel, to the extent not already provided, the names and last known addresses of all persons who pursuant to the terms of the Report and Recommendation are entitled to receive a notice of pendency of this litigation; such names and addresses to include all of the defendant's California and Nevada employees who were commission compensated based upon time share sales, or salary plus commission compensated based upon time share sales, and who reported to premises maintained or operated by the defendant and who worked for the defendant as assistant or associate sales managers, or as sales managers, or as project directors, or as closers, or as verification loan officers or assistant verification loan officers, or as developer representatives or assistant developer representatives, or

OHS West:260130844.2              2              CV-S-05-0605-RCJ-LRL

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LAWRENCE R. LEAVITT OF SEPT. 29, 2006 AND DENYING OBJECTIONS TO AND ORDERING ENFORCEMENT OF THE SAME

who performed similar functions or duties but may have been known by other titles; such information to be provided by December 5, 2006; and it is further

ORDERED that the statute of limitations under the Fair Labor Standards Act for all persons whose name and last known address has not already been provided to plaintiffs' counsel and who are sent a notice of pendency pursuant to the terms of this Order shall be tolled from October 10, 2006, until such date as the defendant provides the information on its employees directed by this Order; and it is further

ORDERED that the plaintiffs shall circulate a notice of pendency pursuant to this Order that is in substantially the same form as that set forth in the Report and Recommendation of Magistrate Judge Lawerence R, Leavitt of September 29, 2006 (Docket # 71), as appropriately modified by this Order; and it is further

ORDERED that any consents to joinder that are filed with the Court as a result of the notice of pendency circulated in response to this Order shall be so filed within sixty (60) days of the plaintiffs' counsel receiving the information specified herein from the defendant.

DATED this 7th Day of December, 2006

_____
Robert C. Jones
United States District Judge

Approved as to form:

_____
Leon Greenberg, Esq.
Nevada Bar No. 8094

_____
Joseph C. Liburt, Esq.
*Pro Hac Vice*
Attorney for Defendant

OHS West:260130844.2                                   3                                   CV-S-05-0605-RCJ-LRL

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LAWRENCE R. LEAVITT OF SEPT. 29, 2006 AND DENYING OBJECTIONS TO AND ORDERING ENFORCEMENT OF THE SAME