# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONNIE WILLIAMS, *et al.*, | ) | |
| Plaintiffs, | ) | 2:05-cv-00605-RCJ-LRL |
| vs. | ) | **ORDER** |
| TRENDWEST RESORTS, INC., | ) | |
| Defendant. | ) | |

Before the Court for consideration is the Amended Report and Recommendations of Magistrate Judge Lawrence R. Leavitt, entered September 27, 2007 (#152). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Amended Report and Recommendations of the United States Magistrate Judge entered September 27, 2007, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Amended Report and Recommendations (#152) be affirmed and adopted, and that Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action to Persons Employed by the Defendant in States Other than Nevada and California (#107) in the above action be *denied.*

DATED: October 30, 2007

_____
UNITED STATED DISTRICT COURT